```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    18cv4953(DLC)
MOHAMMAD MALIK,                         :
                                        :       ORDER
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
LONGFIN CORP., et al.,                  :
                                        :
                        Defendants      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 11, 2020, this Court entered final judgment in the consolidated case <u>In Re Longfin Corp. Securities Class Action Litigation</u>, 1:18-cv-02933-DLC, of which the above captioned action was a member case. Accordingly, it is hereby

ORDERED that the above captioned case is terminated as of August 11, 2020. The Clerk of Court is directed to close the case.

SO ORDERED:

Dated:   New York, New York
         September 22, 2021

                                        _____
                                               DENISE COTE
                                        United States District Judge